| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>ROTH, JANE R. | 2. Court or Organization<br><br>THIRD CIRCUIT COURT OF APPEALS | 3. Date of Report<br><br>07/14/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>18316 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROTH, JANE R. | 07/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Sept. 14 | Sale of original water color painting | $350.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fordham Law School | Mar. 23-25 | New York City | Moot Court | Transportation and Lodging |
| 2. | Emory Law School | Oct.12-14 | Atlanta, GA | Moot Court | Transportation and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROTH, JANE R.** | 07/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | M & T Bank (formerly Wilmington Trust Co.) | Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROTH, JANE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T Bank Checking Acct | A | Interest | L | T | | | | | |
| 2. Wells Fargo Bank Checking | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank Savings | A | Interest | J | T | | | | | |
| 4. TRUST WITH WILM. TRUST | | | | | | | | | |
| 5. Exxon Common Stock | B | Dividend | L | T | | | | | |
| 6. Johnson & Johnson Common | B | Dividend | K | T | Sold (part) | 1/16/13 | K | E | |
| 7. | | | | | Sold (part) | 4/30/13 | K | E | |
| 8. Pepsico Common Stock | B | Dividend | K | T | Sold (part) | 4/30/13 | K | E | |
| 9. Proctor & Gamble Common | A | Dividend | K | T | | | | | |
| 10. Minnesota M&M Common (MMM) | B | Dividend | L | T | Sold (part) | 1/16/13 | K | E | |
| 11. Hewlett-Packard Common | A | Dividend | K | T | | | | | |
| 12. Air Prod & Chem Common | B | Dividend | L | T | | | | | |
| 13. WTC Funds | | | | | | | | | |
| 14. -Ishares - Utilities | A | Dividend | K | T | | | | | |
| 15. -Ishares - MSCI EAFE | C | Dividend | M | T | | | | | |
| 16. -Ishares - Russell 2000 | A | Dividend | K | T | | | | | |
| 17. -Ishares - S&P 500 Growth | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROTH, JANE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ishares - S&P 500 Value | C | Dividend | M | T | | | | | |
| 19. Neuberger-Berman Genesis Fund | A | Dividend | L | T | | | | | |
| 20. Vanguard MSCI EAFE | B | Dividend | L | T | | | | | |
| 21. Vanguard MSCI Emerging Markets | D | Dividend | M | T | | | | | |
| 22. Wilm. Prime Money Market | A | Interest | K | T | | | | | |
| 23. WilmLarge-CapFund | D | Interest | N | T | | | | | |
| 24. Trust | | | | | | | | | |
| 25. Municipal Bond Common Fund | B | Dividend | K | T | | | | | |
| 26. M&T Corp. Common (formerly Wilm Trust) | B | Dividend | L | T | | | | | |
| 27. WTC Common Funds | A | Dividend | J | T | Sold (part) | 1/15/13 | J | | Loss |
| 28. | | | | | Sold (part) | 6/19/13 | J | | Loss |
| 29. Wilm Prime Money Market | A | Interest | J | T | | | | | |
| 30. Wilm Trust IRA | | | | | | | | | |
| 31. William Blair Blue T.E. Fund | | None | N | T | | | | | |
| 32. William Blair T.E. Fund | | None | M | T | | | | | |
| 33. Harbor Fund Internat'l | B | Interest | L | T | | | | | |
| 34. Global Natural Resources | A | Interest | | | Sold | 4/30/13 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROTH, JANE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Dividend Appreciation | B | Interest | M | T | Sold (part) | 4/30/13 | L | E | |
| 36. | | | | | Sold (part) | 12/24/13 | M | E | |
| 37. Vanguard FTSE | B | Interest | L | T | Buy | 4/30/13 | L | | |
| 38. Vanguard Inflation Protected | B | Interest | L | T | Buy | 8/16/13 | L | | |
| 39. Wilmington U.S. Govt Fund W Class | A | Interest | M | T | | | | | |
| 40. Ridgeworth Seix | D | Interest | M | T | Buy | 4/30/13 | M | | |
| 41. Credit Suisse Comdty | | None | K | T | Buy | 4/30/13 | K | | |
| 42. WTC Roth IRA | | | | | | | | | |
| 43. Absloute Strategies Fund | A | Interest | K | T | | | | | |
| 44. Fidelity Focused High Income | A | Interest | J | T | | | | | |
| 45. Ishares Barclays Tips Bond Fund | A | Interest | J | T | Buy (add'l) | 1/02/13 | J | | |
| 46. | | | | | Buy (add'l) | 2/26/13 | J | | |
| 47. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 48. | | | | | Buy (add'l) | 7/31/13 | J | | |
| 49. | | | | | Buy (add'l) | 8/16/13 | J | | |
| 50. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 51. Ishares Trust Cohen & Steers Realty Majors Index Fund | A | Interest | J | T | Sold (part) | 2/26/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROTH, JANE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 53. Ishares Msci Small Cap | A | Interest | J | T | Buy | 7/31/13 | J | | |
| 54. | | | | | Buy (add'l) | 8/30/13 | J | | |
| 55. | | | | | Sold (part) | 10/31/13 | J | | |
| 56. Pimco High Yield | A | Interest | J | T | Buy (add'l) | 1/02/13 | J | | |
| 57. | | | | | Sold (part) | 1/29/13 | J | | |
| 58. Powershares DB Commodity | | None | J | T | Buy (add'l) | 1/02/13 | J | | |
| 59. | | | | | Buy (add'l) | 2/26/13 | J | | |
| 60. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 61. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 62. Ridgeworth Seix | | | J | T | Buy | 1/28/13 | J | | |
| 63. | | | | | Buy (add'l) | 2/26/13 | J | | |
| 64. | | | | | Sold (part) | 5/30/13 | J | | |
| 65. | | | | | Sold (part) | 10/31/13 | J | | |
| 66. SPDR Global Natural Resources | A | Interest | J | T | Buy (add'l) | 1/2/13 | J | | |
| 67. | | | | | Buy (add'l) | 2/8/13 | J | | |
| 68. | | | | | Buy (add'l) | 3/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROTH, JANE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR Dow Jones Intl Real Estate | A | Interest | J | T | Buy (add'l) | 2/26/13 | J | | |
| 70. | | | | | Sold (part) | 8/30/13 | J | | |
| 71. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 72. | | | | | Sold (part) | 10/31/13 | J | | |
| 73. Vanguard MSI EAFE | B | Interest | K | T | Buy (add'l) | 2/26/13 | J | | |
| 74. Vanguard Msci Emerging Markets | A | Interest | K | T | Buy (add'l) | 1/2/13 | J | | |
| 75. | | | | | Sold (part) | 1/7/13 | J | | |
| 76. | | | | | Buy (add'l) | 2/26/13 | J | | |
| 77. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 78. | | | | | Sold (part) | 7/31/13 | J | | |
| 79. | | | | | Sold (part) | 8/30/13 | J | | |
| 80. | | | | | Sold (part) | 10/31/13 | J | | |
| 81. Vanguard Dividend Appreciation | A | Interest | J | T | Buy (add'l) | 1/7/13 | J | | |
| 82. Vanguard FTSE Developed Markets | | | J | T | Buy | 5/29/13 | J | | |
| 83. | | | | | Buy (add'l) | 7/31/13 | J | | |
| 84. | | | | | Sold (part) | 10/31/13 | J | | |
| 85. Wilm Small-Cap Strategy Fund | A | Interest | J | T | Buy (add'l) | 1/2/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROTH, JANE R. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 2/26/13 | J | | |
| 87. | | | | | Buy (add'l) | 3/27/13 | J | | |
| 88. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 89. | | | | | Sold (part) | 7/31/13 | J | | |
| 90. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 91. Wilm Large-Cap Strategy Fund | B | Interest | L | T | Buy (add'l) | 1/02/13 | J | | |
| 92. | | | | | Buy (add'l) | 1/27/13 | J | | |
| 93. | | | | | Buy (add'l) | 3/27/13 | J | | |
| 94. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 95. | | | | | Sold (part) | 7/31/13 | J | | |
| 96. | | | | | Sold (part) | 10/31/13 | J | | |
| 97. Wilm Prime MM Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROTH, JANE R. | 07/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 5, Exxon Common Stock, was incorrectly listed as "sold" rather than "sold (part)" in Part VII, Item 5, of my 2012 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ JANE R. ROTH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544